IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, Reg. No. 97872-020, a.k.a., Daniel Castleberry, <br><br> Plaintiff, <br><br> v. <br><br> ALL GEORGIA SUPREME JUDGES, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. ) 2:19cv666-RAH ) ) ) ) |

## **ORDER**

On October 28, 2019, the Magistrate Judge entered a Recommendation, (Doc. 3), to dismiss the case based on the Plaintiff's failure to pay the filing and administrative fees. The Plaintiff filed Objections. (Doc. 4.)  After an independent review of the file and upon consideration of the Recommendation and Objections, it is ORDERED that:

1. The Objections are OVERRULED. (Doc. 4.)

2. The Recommendation of the Magistrate Judge is ADOPTED. (Doc. 3.)

3. This case is DISMISSED without prejudice based on the Plaintiff's failure to pay the filing and administrative fees upon initiating the case.

A separate Final Judgment will be entered in accordance with this order.

DONE, this 15th day of July, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE